IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANA M. MERCHANT | * |
|    Plaintiff | * |
|    v. | * Civil Action No.: 1:17-cv-2146 |
| DEPARTMENT STORES NATIONAL BANK, a subsidiary of Citibank, N.A. | * |
| | * |
|    Defendant | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE REQUESTING LOCAL RULE 111 ORDER

As Plaintiff, Dana Merchant and Defendant, Equifax Information Services LLC, have reached a settlement, Plaintiff's counsel respectfully requests, with the consent of counsel for the Defendant, that the Court issue a **30** day Local Rule 111 settlement order.

Dated:  November 28, 2017

                                                                        Respectfully Submitted,

| | |
|---|---|
| <u>/s/ E. David Hoskins</u> | <u>/s/ Nathan D. Adler (w/permission)</u> |
| E. David Hoskins, No. 06705 | Nathan D. Adler |
| LAW OFFICES OF E. DAVID HOSKINS, LLC | Neuberger Quinn Gielen Rubin & Gibber |
| 16 E. Lombard Street, Ste. 400 | One South St., 27th Fl. |
| Baltimore, Maryland 21202 | Baltimore, MD 21202 |
| (410) 662-6500 (Tel.) | (410) 332-8517 |
| davidhoskins@hoskinslaw.com | nda@nqgrg.com |