IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANA M. MERCHANT | * |
|    Plaintiff | * |
|    v. | *   Civil Action No.: 1:17-cv-2146 |
| DEPARTMENT STORES NATIONAL BANK, a subsidiary of Citibank, N.A. | * |
| | * |
|    Defendant | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc., Plaintiff, Dana M. Merchant, and Defendants, by their respective counsel, and stipulate to the dismissal of this action with Prejudice against all Defendants, with the parties being responsible for their own costs.

Dated: January 5, 2018

Respectfully Submitted,

| | |
|---|---|
| /s/ E. David Hoskins | /s/ Nathan D. Adler (w/permission) |
| E. David Hoskins, No. 06705 | Nathan D. Adler |
| LAW OFFICES OF E. DAVID HOSKINS, LLC | Neuberger Quinn Gielen Rubin & Gibber |
| 16 E. Lombard Street, Ste. 400 | One South St., 27th Fl. |
| Baltimore, Maryland 21202 | Baltimore, MD 21202 |
| (410) 662-6500 (Tel.) | (410) 332-8517 |
| davidhoskins@hoskinslaw.com | nda@nqgrg.com |

| | |
|---|---|
| */s/ Stephen M. DeGenaro (w/permission)*<br>Stephen M. DeGenaro<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>(202) 879-3416<br>sdegenaro@jonesday.com | */s/ Jason Christopher Reichlyn (w/permission*<br>Jason Christopher Reichlyn<br>Dentons US LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>(202) 496-7144<br>jason.reichlyn@dentons.com |