# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANA M. MERCHANT | * |
| Plaintiff | * |
| v. | * Civil Action No.: 1:17-cv-2146 |
| DEPARTMENT STORES NATIONAL BANK, a subsidiary of Citibank, N.A. | * |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc., Plaintiff, Dana M. Merchant, and Defendants, by their respective counsel, and stipulate to the dismissal of this action with Prejudice against all Defendants, with the parties being responsible for their own costs.

Dated: January 5, 2018

Respectfully Submitted,

/s/ E. David Hoskins
E. David Hoskins, No. 06705
LAW OFFICES OF E. DAVID HOSKINS, LLC
16 E. Lombard Street, Ste. 400
Baltimore, Maryland 21202
(410) 662-6500 (Tel.)
davidhoskins@hoskinslaw.com

/s/ Nathan D. Adler (w/permission)
Nathan D. Adler
Neuberger Quinn Gielen Rubin & Gibber
One South St., 27th Fl.
Baltimore, MD 21202
(410) 332-8517
nda@nqgrg.com

SO ORDERED, on Friday, January 5, 2018.

/s/
_____
Marvin J. Garbis
United States District Judge

/s/ *Stephen M. DeGenaro (w/permission)*
Stephen M. DeGenaro
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3416
sdegenaro@jonesday.com

/s/ *Jason Christopher Reichlyn (w/permission*
Jason Christopher Reichlyn
Dentons US LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7144
jason.reichlyn@dentons.com